IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
In Admiralty
CIVIL ACTION NO. 2:22-cv-13-D

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| P&MR OF HATTERAS, INC. d/b/a | ) | |
| HATTERAS BOAT RENTALS, Owner *Pro* | ) | |
| *Hac Vice* of a 1999 Carolina Skiff 21' +/-, HIN | ) | **NOTICE OF FILING** |
| # EKHB1887D999, North Carolina | ) | |
| Registration # NC 7460 WG, | ) | |
| | ) | |
| For Exoneration from and/or Limitation of | ) | |
| Liability | ) | |

NOW COMES the Limitation Plaintiff pursuant to Rule F(1) of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty Claims and Local Admiralty Rule F.1 and herewith files a Letter of Undertaking.

Respectfully submitted, this the 29th day of March, 2022.

WHEATLY LAW GROUP, P.A.

BY: /s/ Stevenson L. Weeks
Stevenson L. Weeks
State Bar No.: 9515
P.O. Box 360; 710 Cedar Street
Beaufort, NC 28516
Telephone: (252) 728-3158
Facsimile: (252) 728-5282
Email: slw@wheatlylaw.com