UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
IN ADMIRALTY

CIVIL ACTION NO.: 2:22-cv-13-D

| | |
|---|---|
| In the Matter of: )<br>)<br>P&MR OF HATTERAS, INC. d/b/a )<br>HATTERAS BOAT RENTALS, Owner *Pro* )<br>*Hac Vice* of a 1999 Carolina Skiff 21' +/-, HIN # )<br>EKHB1887D999, North Carolina Registration # )<br>NC 7460 WG, )<br>)<br>For Exoneration from and/or Limitation of )<br>Liability ) | **ENTRY OF DEFAULTS<br>AGAINST NON-APPEARING<br>PARTIES AND NON-ASSERTED<br>CLAIMS** |

**THIS CAUSE** having come before the undersigned Clerk of Court on Limitation Plaintiff, P&MR of Hatteras, Inc., d/b/a Hatteras Boat Rentals ("Limitation Plaintiff"), Motion for Entry of Defaults Against Non-Appearing Parties and Non-Asserted Claims, Rule 55(a) and Supplemental Admiralty Rules F(4) and F(5) of the Federal Rules of Civil Procedure, and having reviewed the record herein, the undersigned finds that:

1. On March 29, 2022, Limitation Plaintiff filed a Verified Complaint for Exoneration from and/or Limitation of Liability (DE 1), pursuant to 46 U.S.C. §§ 30501 et seq. and Supplemental Admiralty Rule (F), for any injuries, damages or losses of whatever description arising out of the operation of or connected with the operation of a 1999 Carolina Skiff 21' +/-, HIN # EKHB1887D999, North Carolina Registration # NC 7460 WG ("the Vessel"), during a voyage on September 6, 2021 ("the Voyage").

2. On April 5, 2022, the Court issued an Order Directing Issuance of Notice, Restraining Prosecution of Claims and requiring public notice be given by publication thereof in the *News & Observer*, a newspaper within this District, for four successive weeks (DE 6).

Supplemental Admiralty Rule F(4) required Limitation Plaintiff to mail, no later than the day of the second publication, a copy of said Notice to every person known to have made a claim against the Vessel or Limitation Plaintiff arising out of the Voyage on which the claims sought to be limited arose. Supplemental Rule F(4).

3. On April 6, 2022, the Clerk of this Court duly issued a Notice to Claimants of Complaint for Exoneration from or Limitation of Liability (DE 7). The Notice required all potential claimants to file their claims with the Clerk of this Court, in the United States District Court for the Eastern District of North Carolina, Northern Division, and serve on Limitation Plaintiff's attorney, Stevenson L. Weeks, a copy therefore on or before June 27, 2022 or be defaulted. *Id.*

4. The Notice to Claimants was duly given and published in *The News & Observer* once a week for the four (4) weeks ending May 6, 2022, as required by the Court, and movants mailed copy of the Notice to Claimants of Complaint for Exoneration from or Limitation of Liability to every person known to have made any claim, including all passengers, whether or not a claim was anticipated, against the Vessel or Limitation Plaintiff arising out the Voyage on which the claims sought to be limited arose.

5. Limitation Plaintiff has complied with all service obligations of Supplemental Rule F and the Orders of this Court.

6. The deadline for receipt of claims and answers was June 27, 2022.

7. One claim was filed in this matter, which is that of the Estate of Brandi Ann Lash:

a. Counsel for the Estate of Brandi Ann Lash is Jeremy Wilson, from the law firm of Ward & Smith, P.A. (DE 8). Before the expiration of the monitions period, the Answer to Verified Complaint for Exoneration from and/or Limitation of Liability and the Claim of the Estate of Brandi Ann Lash were filed (DE 10, 11).

2

8. No other person or party has appeared, filed any claims, or filed any pleadings in this matter.

THEREFORE, defaults are hereby entered as to all non-appearing parties and non-asserted claims and the concursus of claimants in this action consists only of Claimant, the Estate of Brandi Ann Lash.

This the _17_ day of _August_, 2022.

_____
Clerk
United States District Court
Eastern District of North Carolina

3