UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
IN ADMIRALTY

CIVIL ACTION NO.: 2:22-cv-13-D

| | |
|---|---|
| In the Matter of:<br><br>P&MR OF HATTERAS, INC. d/b/a<br>HATTERAS BOAT RENTALS, Owner *Pro Hac Vice* of a 1999 Carolina Skiff 21' +/-, HIN # EKHB1887D999, North Carolina Registration # NC 7460 WG,<br><br>For Exoneration from and/or Limitation of Liability | **ORDER** |

This matter comes before the court on the parties' Notice of Stipulation of Voluntary Dismissal with Prejudice and Joint Motion for Release of Sureties and Exoneration (DE 26). For good cause shown, the motion is GRANTED. Plaintiff, P&MR of Hatteras, Inc., d/b/a Hatteras Boat Rentals' (Limitation Plaintiff) Surety is released from its obligations under the *Ad Interim* Stipulation (DE 4) and Letter of Undertaking (DE 5) which are hereafter deemed null and void. Limitation Plaintiff is EXONERATED of any and all liability with respect to the voyage at issue in this case. *See* 46 U.S.C. § 30501 *et seq.*; Fed. R. Civ. P. Supp. F. The Clerk of Court is DIRECTED to close this case.

SO ORDERED. This **24** day of January, 2023.

_____
JAMES C. DEVER III
United States District Judge